# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CARLTON RUSSELL                                                            PLAINTIFF

V.                            4:10CV00311 SWW/JTR

CLAYTON EDWARDS, Captain; and
SPURLOCK, Lieutenant, White County Jail                  DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's May 4, 2010 Order. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 10th day of June, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE